

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-15-00544-CV |
| Trial Court Cause Number: | 2010-40764 |
| Style: | Terry Neff and Iron Workers Mid- South Pension Fund |
| | **v** Nicholas F. Brady, David J. Butters, Willilam E. Macaulay, Robert B. Millard, Robert K. Moses, Jr., Robert A Rayne, Bernard J. Duroc-Danner and Burt M. Martin |
| Date motion filed*: | January 27, 2016 |
| Type of motion: | Extension of Time to File Reply Brief |
| Party filing motion: | Appellants Terry Neff and Iron Workers Mid-South Pension Fund |
| Document to be filed: | Reply brief |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | February 9, 2016 |
| Number of previous extensions granted: | -0- |
| Date Requested: | March 11, 2016 |

Ordered that motion is:

☒ Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Terry Jennings _____
   ☒ Acting individually   ☐ Acting for the Court

Panel consists of _____

Date: February 2, 2016 _____